```
1   UNITED STATES,                )    *E-FILED - 7/18/12*
                                  )
2                   Plaintiff     )
                                  )
3        v.                       )
                                  )    No. CR 11-0370-DLJ
4   FELIPE ROCHA-MUNOZ,           )
                                  )    ORDER
5                   Defendant.    )
    _____)
```

The defendant in this case, Felipe Rocha-Munoz, was sentenced on the same day as another defendant, Manuel Guerrero-Jasso (CR 11-0363 DLJ). Both cases were § 1326(a) charges, and in both cases the defendant asserted that, because of the circumstances of the plea, his maximum sentence was limited to two years. The Court explained its ruling that denied the assertion and permitted sentences under § 1326(b) at the time of sentence. The Court has filed an Order memorializing that ruling in the <u>Jasso</u> case and that Order is intended to be a memorialization of the ruling in this case as well.

IT IS SO ORDERED

Dated: July 17, 2012                 _____

                                     D. Lowell Jensen
                                     United States District Judge